**HCDistrictclerk.com**      CHAN, ELLA Y T C (EXECUTRIX OF THE ESTATE OF      2/11/2015
                             CHIU vs. CHU, PING SUN (M D)
                             Cause: 201331012      CDI: 7      Court: 333

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 1/9/2015 | ORDER GRANTING LEAVE TO FILE PLEADING SIGNED | 1/9/2015 | | 0 | | | |
| 12/1/2014 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 12/1/2014 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 12/1/2014 | FIRST AMENDED INTERVENTION | | | 0 | | CAMPANA, RONALD C. | CARTER, ERIC G. |
| 11/13/2014 | ORDER SIGNED GRANTING CONTINUANCE | 11/13/2014 | | 2 | | | |
| 11/13/2014 | ORDER SIGNED SETTING HEARING | 11/13/2014 | | 2 | | | |
| 11/13/2014 | ORDER APPROVING STIPULATION SIGNED | 11/13/2014 | | 2 | | | |
| 11/4/2014 | TRIAL PREPARATION ORDER SIGNED | 11/4/2014 | | 3 | | | |
| 10/14/2014 | ORDER OF PARTIAL NONSUIT SIGNED | 10/14/2014 | | 3 | | | |
| 10/7/2014 | NONSUIT/DISMISSAL, PARTIAL (RULE 162) | 10/7/2014 | | 4 | | | |
| 10/3/2014 | PROTECTIVE ORDER (CIVIL) ORD SGND | 10/3/2014 | | 1 | | | |
| 10/3/2014 | ORDER SIGNED DENYING CASE CONSOLIDATION | 10/3/2014 | | 2 | | | |
| 10/3/2014 | ORDER REDUCING EXPERTS REPORT TO WRITING SIGNED | 10/3/2014 | | 2 | | | |
| 9/16/2014 | TRIAL PREPARATION ORDER SIGNED | 9/16/2014 | | 3 | | | |
| 9/5/2014 | ORDER SIGNED DENYING MOTION TO QUASH DEPOSITION | 9/5/2014 | | 2 | | | |
| 6/12/2014 | INTERVENTION | | | 0 | | CARTER, ERIC WILLIAM | BUMPUS, NORA |
| 6/11/2014 | ANSWER THIRD PARTY PETITION | | | 0 | | STANLEY, MICHAEL J. | DYNACQ HEALTHCARE INC |
| 6/11/2014 | ANSWER THIRD PARTY PETITION | | | 0 | | STANLEY, MICHAEL J. | CHAN, ELLA Y T C (EXECUTRIX OF THE ESTATE OF CHIU MOON CHAN DECEASED) |
| 6/11/2014 | COUNTER CLAIM | | | 0 | | STANLEY, MICHAEL J. | DYNACQ HEALTHCARE INC |
| 6/11/2014 | ANSWER THIRD PARTY PETITION | | | 0 | | STANLEY, MICHAEL J. | CHAN, ERIC K |
| 5/12/2014 | ANSWER THIRD PARTY PETITION | | | 0 | | STANLEY, MICHAEL J. | CHAN, ELLA Y T C (INDIVIDUALLY) |
| 4/28/2014 | ANSWER INTERVENTION | | | 0 | | TAGTMEIER, BRIAN JAMES | CHAN, ELLA Y T C (EXECUTRIX OF THE ESTATE OF CHIU MOON CHAN DECEASED) |
| 4/23/2014 | INTERVENTION | | | 0 | | CAMPANA, RONALD C. | ERIC G. CARTER, TRUSTEE OF THE ERIC G. CARTER PENSION AND PROFIT SHARI |
| 4/23/2014 | INTERVENTION | | | 0 | | CAMPANA, RONALD C. | CARTER, ERIC G. |
| 4/21/2014 | INTERVENTION | | | 0 | | LEIBOWITZ, THOMAS JOSEPH | LARKIN, KELLY |
| 4/2/2014 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 4/2/2014 | | 2 | | | |
| 9/23/2013 | ANSWER | | | 0 | | STANLEY, MICHAEL J. | CHAN, ERIC K |

EXHIBIT

3

| 9/23/2013 | ANSWER | | 0 | STANLEY, MICHAEL J. | CHAN, ERIC K |
| 9/23/2013 | ANSWER | | 0 | STANLEY, MICHAEL J. | CHAN, ELLA Y T C (INDIVIDUALLY) |
| 9/23/2013 | ANSWER | | 0 | STANLEY, MICHAEL J. | DYNACQ HEALTHCARE INC |
| 9/23/2013 | ANSWER | | 0 | STANLEY, MICHAEL J. | DYNACQ HEALTHCARE INC |
| 8/26/2013 | TRANSFERRED TO ANOTHER HARRIS COUNTY DISTRICT COURT | | 0 | | |
| 8/26/2013 | TRANSFERRED TO HARRIS COUNTY DISTRICT COURT | | 0 | | |
| 8/26/2013 | ORDER SIGNED RECUSING JUDGE | 8/26/2013 | 1 | | |
| 8/26/2013 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 8/26/2013 | 1 | | |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, SARA KIM |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, KATHERINE |
| 8/19/2013 | THIRD PARTY PETITION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, PING SUN (M D) |
| 8/19/2013 | FIRST AMENDED COUNTER CLAIM | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, PING SUN (M D) |
| 8/19/2013 | FIRST AMENDED ANSWER ORIGINAL PETITION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, PING SUN (M D) |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, BING WOON |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | GERACE, JAMES G |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | WONG, TIN CHEE |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | WONG, BICK FUN |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | MEADORS, JOHN C |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | THOMPSON, JOHN P (PAUL) |
| 8/19/2013 | INTERVENTION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, BING LUN |
| 8/15/2013 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 8/15/2013 | 2 | | |
| 8/13/2013 | DESIGNATED TRIAL READY | | 0 | | |
| 7/24/2013 | ANSWER COUNTER CLAIM | | 0 | STANLEY, MICHAEL J. | CHAN, ELLA Y T C (EXECUTRIX OF THE ESTATE OF CHIU MOON CHAN DECEASED) |
| 7/24/2013 | JURY FEE PAID (TRCP 216) | | 0 | | |
| 6/21/2013 | COUNTER CLAIM | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, PING SUN (M D) |
| 6/21/2013 | ANSWER ORIGINAL PETITION | | 0 | LEIBOWITZ, THOMAS JOSEPH | CHU, PING SUN (M D) |
| 5/23/2013 | JURY FEE PAID (TRCP 216) | | 0 | | |
| 5/23/2013 | JURY DEMAND MADE (TRCP 216) | | 0 | | |
| 5/23/2013 | ORIGINAL PETITION | | 0 | STANLEY, MICHAEL J. | CHAN, ELLA Y T C (EXECUTRIX OF THE ESTATE OF CHIU MOON CHAN DECEASED) |