P-1
RECUX
8-26-13

⌐ TRANX

CAUSE NO. _____2013-31012_____

| | | |
|---|---|---|
| Chan, Ella Y T C (Executrix of the Estate | § | IN THE DISTIRCT COURT OF |
| | § | |
| Of Chiu Moon Chan Deceased) | § | |
| | § | |
| Vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Chu, Ping Sun (M D) | § | |
| | § | |
| | § | 151ST JUDICIAL DISTRICT |

## ORDER OF RECUSAL AND TRANSFER

It is ORDERED that I recuse myself and refer this case to the Administrative Judge of the Civil Trial Division for transfer to another court.

Signed on _____AUG 2 6 2013_____, 2013.

_____
Judge Presiding, __151st__ District Court

## ORDER

It is ORDERED that the District Clerk of Harris County transfer the above-styled and numbered cause from the _____151st_____ District Court to the __333rd__ District Court.

Signed on _____AUG 2 6 2013_____, 2013.
          8 26 13

_____
Robert Schaffer
Administrative Judge, Civil Division

**FILED**
**Chris Daniel**
**District Clerk**

AUG 2 6 2013

Time: _____9:13am_____
        Harris County, Texas
By _____
        Deputy

Certified Document Number: 57079690 - Page 1 of 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

EXHIBIT
5-a



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015


Certified Document Number:        57079690 Total Pages:  1


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

P2
ContX
CASO
StipX

CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff/Counter-Defendant* | § § | |
| vs. | § § | |
| PING SUN CHU, M.D., | § § | |
| *Defendant/Counter-Plaintiff/ Third Party Plaintiff* | § § § | HARRIS COUNTY, T E X A S |
| vs. | § § | |
| ELLA Y.T.C. CHAN, Individually, ERIC K. CHAN, and DYNACQ HEALTHCARE, INC., | § § § § | |
| *Third Party Defendants* | § | 333RD JUDICIAL DISTRICT |

## ORDER

On this day came to be heard Intervenors' Emergency Motion for Continuance of Summary Judgment Hearing. The Court having considered the Motion and any Response thereto and arguments of counsel, is of the opinion that the Motion is meritorious and should be in all things GRANTED.

IT IS THEREFORE ORDERED that Intervenors' Motion for Continuance of Summary Judgment Hearing is GRANTED.

IT IS FURTHER ORDERED that this matter has been rescheduled for oral hearing on December 5 , 2014. ✱

IT IS FURTHER ORDERED that Intervenors' may file their response 7 days prior to the above-referenced hearing date without penalty.

✱ Or such earlier date as the parties and Court may agree.

*Eric G. Carter vs Ella Y.T.C.Chan, et al*
Intervenors' Emergency Motion
Page 5

**FILED**
Chris Daniel
District Clerk

NOV 1 3 2014

Time:
Harris County,
By

EXHIBIT
5-b

Certified Document Number: 63167974 - Page 1 of 2

SIGNED this _13th_ day of _Nov._____, 2014.

_[signature]_

JUDGE PRESIDING

Approved and Entry requested:

BY: ___/s/ Ronald C. Campana_____

RONALD C. CAMPANA
SBN: 03692600
6363 Woodway, Suite 725
Houston, Texas 77057-1714
Tel. (713) 783-4120
Fax: (713) 783-8812

**ATTORNEYS FOR INTERVENORS:**
**ERIC G. CARTER, INDIVIDUALLY AND**
**AS TRUSTEE OF THE ERIC G. CARTER**
**PENSION AND PROFIT SHARING PLAN**


ERIC WILLIAM CARTER
SBN: 24057797
**THE CARTER LAW FIRM**
1811 Southmore Blvd
Houston, Texas 77004
Tel: (713) 227-0042
Fax: (713) 227-7001

**ATTORNEYS FOR INTERVENORS:**
**ERIC G. CARTER, INDIVIDUALLY AND**
**AS TRUSTEE OF THE ERIC G. CARTER**
**PENSION AND PROFIT SHARING PLAN**
**AND NORA BUMPUS**

Certified Document Number: 63167974 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015


Certified Document Number:       63167974 Total Pages:  2


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

4/1/2014 9:19:21 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 866048
By: LYNCH, BERNADETTE T

## CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y.T.C. CHAN, Executrix of the | § | IN THE DISTRICT COURT OF |
| Estate of CHIU MOON CHAN, | § | |
| Deceased, | § | |
| *Plaintiff/Counter-Defendant* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| PING SUN CHU, M.D., | § | |
| *Defendant/Counter-Plaintiff/* | § | HARRIS COUNTY, T E X A S |
| *Third Party Plaintiff* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| ELLA Y.T.C. CHAN, Individually, | § | |
| ERIC K. CHAN, and DYNACQ | § | |
| HEALTHCARE, INC., | § | |
| *Third Party Defendants* | § | 333RD JUDICIAL DISTRICT |

### ORDER

ON THIS DAY CAME ON TO BE HEARD an *Unopposed TRCP 106(b) Motion for Substitute Service of Process* of Defendant/Counter-Plaintiff/Third Party Plaintiff, PING SUN CHU, M D , and Intervenors, JAMES G GERACE, JOHN C MEADORS, JOHN P (PAUL) THOMPSON, BING LUN CHU, BING WOON CHU, KATHERINE KIM CHU, SARA KIM CHU, BICK FUN WONG and TIN CHEE WONG. After hearing the arguments of counsel, reviewing the record, the law and the moving papers, the Court is of the opinion that the motion is meritorious Accordingly, it is

ORDERED, ADJUDGED, and DECREED that Defendant/Counter-Plaintiff/Third Party Plaintiff, Ping Sun Chu, M D 's and Intervenors' Unopposed TRCP 106(b) Motion for Substitute Service of Process is in all things GRANTED. It is further

EXHIBIT
5-c

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 60296757 - Page 1 of 2

ORDERED, ADJUDGED, and DECREED that service of process for ELLA Y T.C
CHAN, INDIVIDUALLY. of the two (2) following documents:

1. Defendant/Counter-Plaintiff/Third Party Plaintiff. PING SUN CHU.
   M.D.'s Original Third Party Petition; and

2. Original Petition in Intervention of JAMES G GERACE. JOHN C.
   MEADORS, JOHN P (PAUL) THOMPSON, BING LUN CHU, BING
   WOON CHU. KATHERINE KIM CHU, SARA KIM CHU. BICK
   FUN WONG and TIN CHEE WONG. on ELLA Y.T C. CHAN.
   INDIVIDUALLY,

is effective if served upon attorney. Michael J Stanley at Stanley. Frank & Rose. LLP. 7026

Old Katy Road. Suite 259. Houston. Texas 77056 by e-mail at mstanley@stanleyrose com

Signed in Harris County, Texas on this the ____ day of _____ APR - 2 2014 ____, 2014

**Judge Presiding**

Approved as to form

**THOMAS J. LEIBOWITZ,
ATTORNEY AT LAW**
One Sugar Creek Center Blvd . Suite 880
Sugar Land, Texas 77478
Tel.    (281) 565-6363
Fax    ((281) 565-6465

By: _____
       **Thomas J. Leibowitz**
       State Bar No. 12179925

*Counsel for Defendant/Counter-Plaintiff/
Third Party Plaintiff, PING SUN CHU, M D
and Intervenors, JAMES G GERACE,
JOHN C MEADORS, JOHN P. (PAUL)
THOMPSON, BING LUN CHU, BING
WOON CHU, KATHERINE KIM CHU,
SARA KIM CHU, BICK FUN WONG,
and TIN CHEE WONG*

2

Certified Document Number: 60296757 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:        60296757 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



Case No.  201331012

**ORTX**

CONFIRMED FILE DATE: 8/19/2014

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  10-13-2014.

If the case has not been reached by the second Friday after this date, the trial will be reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

    If you have any questions regarding this notice, please contact the court coordinator, VICKI GARCIA at (713) 368-6484.

Signed

JOSEPH J. HALBACH JR

Judge, 333RD DISTRICT COURT

Generated on: 08/19/2015

. Certified Document Number: 62075922 - Page 1 of 5

24057797

**EXHIBIT
5-d**

JCVF17
rev 12311999

ERIC WILLIAM CARTER
1811 SOUTHMORE BLVD
HOUSTON, TX  77004

Case No.  201331012

**ORTX**

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

```
        *
        *
        *
        *
        *
```

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  10-13-2014.

If the case has not been reached by the second Friday after this date, the trial will be reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

    If you have any questions regarding this notice, please contact the court coordinator, VICKI GARCIA at (713) 368-6484.


Signed

JOSEPH J. HALBACH JR

Judge, 333RD DISTRICT COURT

Generated on: 08/19/2015

03692600

Certified Document Number: 62075922 - Page 2 of 5

RONALD C. CAMPANA
6363 WOODWAY #725
HOUSTON, TX  77057

JCVF17
rev.12311999

Case No.  201331012

**ORTX**

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  10-13-2014.

If the case has not been reached by the second Friday after this date, the trial will be

reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court

coordinator, VICKI GARCIA at (713) 368-6484.

Signed

JOSEPH J. HALBACH JR

Judge, 333RD DISTRICT COURT

Generated on: 08/19/2015

785078

BRIAN JAMES TAGTMEIER
9002 CHIMNEY ROCK
HOUSTON, TX  77096

JCVF17
rev 12311999

Certified Document Number: 62075922 - Page 3 of 5

Case No.  201331012

**ORTX**

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  10-13-2014.
If the case has not been reached by the second Friday after this date, the trial will be
reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court
coordinator, VICKI GARCIA at (713) 368-6484.

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
Generated on: 08/19/2015

Certified Document Number: 62075922 - Page 4 of 5

12179925

THOMAS JOSEPH LEIBOWITZ
ONE SUGAR CREEK CENTER BLVD SUITE 880
SUGAR LAND, TX  77478

JCVF17
rev 12311999

Case No.  201331012

**ORTX**

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  10-13-2014.

If the case has not been reached by the second Friday after this date, the trial will be

reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court

coordinator, VICKI GARCIA at (713) 368-6484.


Signed

JOSEPH J. HALBACH JR

Judge, 333RD DISTRICT COURT

Generated on: 08/19/2015

19046600

MICHAEL J. STANLEY
7026 OLD KATY RD, SUITE 259
HOUSTON, TX  77024

JCVF17
rev 12311999

Certified Document Number: 62075922 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:        62075922 Total Pages:  5

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

9/2/2014 5:04:01 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 2353494
By: LYNCH, BERNADETTE T

CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased,<br>    *Plaintiff/Counter-Defendant* | § § § § § | IN THE DISTRICT COURT OF |
| vs. | § § § | |
| PING SUN CHU, M.D.,<br>    *Defendant/Counter-Plaintiff/*<br>    *Third Party Plaintiff* | § § § § | HARRIS COUNTY, T E X A S |
| vs. | § § § | |
| ELLA Y.T.C. CHAN, Individually, ERIC K. CHAN, and DYNACQ HEALTHCARE, INC.,<br>    *Third Party Defendants* | § § § § | 333RD JUDICIAL DISTRICT |

## ORDER

ON THIS DAY came to be heard Third-Party Defendants' Motion to Quash the Deposition of Ella Y.T.C. Chan, Individually and as Executrix of the Estate of Chiu Moon Chan. The Court having considered the Third-Party Defendants' Motion and any Response thereto and arguments of counsel, is of the opinion that the Motion is should be in all things DENIED.

IT IS THEREFORE ORDERED Third-Party Defendants' Motion to Quash the Deposition of Ella Y.T.C. Chan, Individually and as Executrix of the Estate of Chiu Moon Chan is DENIED

IT IS FURTHER ORDERED that Ella Y.T.C. Chan shall be produced for deposition to testify in an individual capacity as well as Executrix of the Estate of Chiu Moon Chan ~~within TEN DAYS of the signing of this order~~ ON SEPTEMBER 23, 2014 AT 10:00 AM.

SIGNED this 5th day of Sept 2014

_____
JUDGE PRESIDING

FILED
Chris Daniel
District Clerk

SEP 05 2014

Time: _____
By _____ Deputy

Harris County, TEXAS

Ping C. Chu v. Ella Y T C Chan, et al
Response to Motion to Quash

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

EXHIBIT
5-e

Certified Document Number: 62241546 - Page 1 of 2

Approved and Entry requested.

BY:_____/s/ Ronald C. Campana_____
      RONALD C CAMPANA
      SBN:  03692600
      6363 Woodway, Suite 725
      Houston, Texas 77057-1714
      Tel: (713) 783-4120
      Fax  (713) 783-8812

**ATTORNEYS FOR INTERVENORS:
ERIC G. CARTER, INDIVIDUALLY AND
AS TRUSTEE OF THE ERIC G. CARTER
PENSION AND PROFIT SHARING PLAN**

      -AND-

      ERIC WILLIAM CARTER
      SBN: 24057797
      **THE CARTER LAW FIRM**
      1811 Southmore Blvd
      Houston, Texas 77004
      Tel  (713) 227-0042
      Fax  (713) 227-7001

**ATTORNEYS FOR INTERVENORS:
ERIC G. CARTER, INDIVIDUALLY AND
AS TRUSTEE OF THE ERIC G. CARTER
PENSION AND PROFIT SHARING PLAN
AND NORA BUMPUS**

Certified Document Number: 6241546 - Page 2 of 2

*Eric G. Carter vs Ella Y T C Chan, et al*
*Intervenors' Response to Motion to Quash*
Page 8



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015


Certified Document Number:         62241546 Total Pages:  2


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

TRPOX

Cause No. 201331012

| | | |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | IN THE DISTRICT COURT OF |
| | * | |
| vs. | * | HARRIS COUNTY, TEXAS |
| | * | |
| CHU, PING SUN (M D) | * | 333rd    JUDICIAL DISTRICT |

## TRIAL PREPARATION ORDER

[X] **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

[X] **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be **FILE W/CLERK** by **10-06-2014.**

[X] **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

[X] **Party/Attorney List.** Names, addresses, and phone numbers of each pro se party and attorney.

[X] **Trial Witnesses List.** The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

[X] **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

[X] **Exhibits**. An exhibit list is required. All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance). Objections to authenticity must be made pursuant to Rule 193.7.

[X] **Deposition Excerpts or Edited Videotapes.** Designate page and line in sequence to be used at trial.

[X] **Motions in Limine**.

[X] **Trial Scheduling.** Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

[X] **Other.**
DOCKET BEGINS 10/13/2014; WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARANCE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 09/15/2014

ERIC WILLIAM CARTER
1811 SOUTHMORE BLVD
HOUSTON, TX 77004

24057797

**EXHIBIT**

**5-f**

JCV001
rev 032802

CONFIRMED FILE DATE: 9/15/2014

Certified Document Number: 62372824 - Page 1 of 5

TRPOX

Cause No.  201331012

| | | IN THE DISTRICT COURT OF |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd   JUDICIAL DISTRICT |

## TRIAL PREPARATION ORDER

**☒** **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

**☒** **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be   **FILE W/CLERK**   by   **10-06-2014.**

**☒** **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

**☒** **Party/Attorney List.**   Names, addresses, and phone numbers of each pro se party and attorney.

**☒** **Trial Witnesses List.**   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

**☒** **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

**☒** **Exhibits**. An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

**☒** **Deposition Excerpts or Edited Videotapes.**   Designate page and line in sequence to be used at trial.

**☒** **Motions in Limine.**

**☒** **Trial Scheduling.**   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

**☒** **Other.**
DOCKET BEGINS 10/13/2014; WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 09/15/2014

RONALD C. CAMPANA
6363 WOODWAY #725
HOUSTON, TX  77057

03692600

JCV001
rev 032802

TRPOX

Cause No. 201331012

CHAN, ELLA Y T C (EXECUTRIX OF                  *       IN THE DISTRICT COURT OF
vs.                                             *       HARRIS COUNTY, TEXAS
CHU, PING SUN (M D)                             *       333rd    JUDICIAL DISTRICT

## TRIAL PREPARATION ORDER

[X]  **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

[X]  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be    **FILE W/CLERK**    by  **10-06-2014.**

[X]  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

[X]  **Party/Attorney List.**   Names, addresses, and phone numbers of each pro se party and attorney.

[X]  **Trial Witnesses List.**   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

[X]  **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

[X]  **Exhibits**. An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

[X]  **Deposition Excerpts or Edited Videotapes.**    Designate page and line in sequence to be used at trial.

[X]  **Motions in Limine.**

[X]  **Trial Scheduling.**   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

[X]  **Other**.
      DOCKET BEGINS 10/13/2014; WILL BE CALLED FOR PTC; MARK ALL
      EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
      OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
      FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed                                          JOSEPH J. HALBACH JR
                                                Judge, 333RD DISTRICT COURT
                                                DATE GENERATED: 09/15/2014

BRIAN JAMES TAGTMEIER                   785078
9002 CHIMNEY ROCK
HOUSTON, TX 77096

JCV001
rev 032802

Certified Document Number: 62372824 - Page 3 of 5

Cause No. 201331012

**TRPOX**

| | | |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd    JUDICIAL DISTRICT |

### TRIAL PREPARATION ORDER

**X** **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

**X** **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be **FILE W/CLERK** by **10-06-2014.**

**X** **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

**X** **Party/Attorney List.**   Names, addresses, and phone numbers of each pro se party and attorney.

**X** **Trial Witnesses List.**   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

**X** **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

**X** **Exhibits**. An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

**X** **Deposition Excerpts or Edited Videotapes.**    Designate page and line in sequence to be used at trial.

**X** **Motions in Limine.**

**X** **Trial Scheduling.**   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

**X** **Other.**
DOCKET BEGINS 10/13/2014; WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 09/15/2014

THOMAS JOSEPH LEIBOWITZ
ONE SUGAR CREEK CENTER BLVD SUITE 880
SUGAR LAND, TX  77478

12179925

JCV001
rev 032802

Certified Document Number: 62372824 - Page 5 of 5

**TRPOX**

Cause No.  201331012

| | | |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd    JUDICIAL DISTRICT |

### TRIAL PREPARATION ORDER

☒ **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

☒ **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be    **FILE W/CLERK**    by  **10-06-2014.**

☒ **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

\* \* \* \* \* \*

☒ **Party/Attorney List**.   Names, addresses, and phone numbers of each pro se party and attorney.

☒ **Trial Witnesses List**.   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

☒ **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

☒ **Exhibits**. An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

☒ **Deposition Excerpts or Edited Videotapes**.   Designate page and line in sequence to be used at trial.

☒ **Motions in Limine**.

☒ **Trial Scheduling**.   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

☒ **Other**.
DOCKET BEGINS 10/13/2014; WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 09/15/2014

MICHAEL J. STANLEY
7026 OLD KATY RD, SUITE 259
HOUSTON, TX  77024

19046600

JCV001
rev 032802



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:        62372824 Total Pages:  5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

TRPOX

Cause No. 2013-31012

| | | |
|---|---|---|
| ELLA CHAN | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | HARRIS COUNTY, TEXAS |
| | § | |
| PING SUN CHU | § | 333RD JUDICIAL DISTRICT |

## ORDER RELATED TO TRIAL

THE FOLLOWING ORDER IS IN ADDITION TO THE REQUIREMENTS
STATED IN THE "TRIAL PREPARATION ORDER" PREPARED AND FILED
BY THE PARTIES

      The Court makes the following Orders related to Trial. See attached
list for cases:

1.     Prior to arriving for trial the parties **must**:

    a.     Mark all exhibits.

    b.     Exchange all exhibits with opposing counsel or parties pro se. This may be accomplished by furnishing courtesy copies, or making them available for inspection at an agreed upon place and time no later than 10/06/14.  The parties must notify each other in writing of any objections they have to any and all exhibits no later than  10/07/14

    c.     Review opposing Motions in Limine and discuss them in detail with opposing counsel to determine which parts of the motion are truly in dispute and why.  Counsel **must** attempt to resolve all such disputes by mutual agreement.  Counsel **must** actually speak to one another in person or by telephone to effectuate this no later than 10/07/14.

    d.     All portions of the motions in limine that are not in dispute will be granted by agreement.

    e.     All exhibits that have not been objected to in writing will be admitted prior to trial.



Certified Document Number: 62361924 - Page 1 of 3

**FILED**
Chris Daniel
District Clerk

SEP 16 2014

Time: _____
Harris County, Texas
By: _____ Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**EXHIBIT
5-g**

 f. Designate and deliver written deposition excerpts to all opposing counsel no later than 10/06/14.

 **g.** **WITHOUT FAIL Email Court Coordinator - <u>vicki_garcia@justex.net</u> and provide an accurate estimate of the total number of trial days from beginning of pre-trial to end of closing arguments by** 10/07/14

 h. Prepare and deliver objections to deposition excerpts.  Counsel **must** attempt to resolve all such objections by mutual agreement.  Again, counsel **must** actually speak to one another in person or by telephone to effectuate this on or before 10/06/14.

2. It is further **ORDERED** that, no later than 10/07/14, the parties **must** file and exchange their respective proposed Jury Charges (or proposed Findings of Fact and Conclusions of Law in the case of a bench trial).  In addition, by no later than 10/07/14, the parties must deliver to the Court Coordinator a true and correct copy of their proposed Jury Charges (or proposed Findings of Fact and Conclusions of Law) in Microsoft Word format.  This may be accomplished via e-mail, compact disc, or flashdrive.

3. The failure to comply with the above may result in evidence being stricken or other appropriate sanctions.

4. At trial, during the pretrial conference, the order of business will **ordinarily** be as follows:

 a. The case will be called to trial.
 b. The court will grant all portions of the motions in limine that are agreed to or not in dispute.
 c. The court will rule on any disputed motions in limine.
 d. The court will pre-admit all exhibits to which there are no objections.
 e. The court will be provided with a brief preview of any objections to exhibits.  Counsel should ordinarily provide the Court with courtesy copies of any disputed exhibit.
 f. The Court will rule on objections to deposition excerpts.

**SIGNED, this** <u>16th day of September, 2014.</u>

Judge Joseph "Tad" Halbach
Presiding Judge



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:        62358624 Total Pages:  3

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

*P2
COSLY*

CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff/Counter-Defendant* | § § | |
| vs. | § § | |
| PING SUN CHU, M.D., | § § | |
| *Defendant/Counter-Plaintiff/ Third Party Plaintiff* | § § | HARRIS COUNTY, TEXAS |
| vs. | § § | |
| ELLA Y.T.C. CHAN, Individually, ERIC K. CHAN, and DYNACQ HEALTHCARE, INC., | § § § § | |
| *Third Party Defendants* | § | 333 RD JUDICIAL DISTRICT |

## ORDER

ON THIS DAY came to be heard Third-Party Defendants' and Counter-Defendants' Motion to Consolidate Cause No 2014-21623  The Court having considered the Third-Party Defendants' and Counter-Defendants' Motion and any Response thereto and arguments of counsel, is of the opinion that the Motion is should be in all things DENIED

IT IS THEREFORE ORDERED Third-Party Defendants' and Counter-Defendants' Motion to Consolidate is DENIED

SIGNED this ____day of_____, 2014

OCT 0 3 2014

_____
JUDGE PRESIDING

**FILED**
Chris Daniel
District Clerk

OCT 0 3 2014

Time:_____
By_____
Harris County, Texas
Deputy

EXHIBIT
5-h

*Eric G Carter vs Ella Y T C Chan et al*
*Response to Defendants' Motion to Consolidate*
*Page 9*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 62619310 - Page 1 of 2

Approved and Entry requested

BY ____/s/ Ronald C  Campana_____
        RONALD C  CAMPANA
        SBN   03692600
        6363 Woodway, Suite 725
        Houston, Texas 77057-1714
        Tel  (713) 783-4120
        Fax  (713) 783-8812
**ATTORNEYS FOR INTERVENORS:**
**ERIC G. CARTER, INDIVIDUALLY AND**
**AS TRUSTEE OF THE ERIC G. CARTER**
**PENSION AND PROFIT SHARING PLAN**

        --AND--

        ERIC WILLIAM CARTER
        SBN  24057797
        **THE CARTER LAW FIRM**
        1811 Southmore Blvd
        Houston, Texas 77004
        Tel  (713) 227-0042
        Fax  (713) 227-7001
**ATTORNEYS FOR INTERVENORS:**
**ERIC G. CARTER, INDIVIDUALLY AND**
**AS TRUSTEE OF THE ERIC G. CARTER**
**PENSION AND PROFIT SHARING PLAN**
**AND NORA BUMPUS**

*Eric G  Carter vs Ella Y  T C Chan, et al*
*Response to Defendants' Motion to Consolidate*
*Page 10*



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:        62619310 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y. T. C. CHAN, Executrix | § | IN THE DISTRICT COURT OF |
| of the ESTATE OF CHIU MOON, | § | |
| CHAN, Deceased, | § | |
| *Plaintiff/Counter-Defendant* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| PING SUN CHU, M.D., | § | |
| *Defendant/Counter-Plaintiff/* | § | OF HARRIS COUNTY, TEXAS |
| *Third-Party Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | |
| Ella Y.T.C. Chan, Individually, | § | |
| Eric K. Chan, and | § | |
| Dynacq Healthcare, Inc. | § | |
| *Third-Party Defendants* | § | 333rd JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANTS' & THIRD-PARTY DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

On this day came on to be heard the Plaintiff/Counter-defendants & Third-party Defendants' *Motion for a Protective Order* pursuant to TEX. R CIV P. 192.6. The Court, having reviewed the confidential Binding Settlement Agreements in camera and after considering the *Motion for a Protective Order,* any response thereto and the arguments of counsel, the Court is of the opinion that the motion for protection should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion be GRANTED. The settlement agreement requested by the Intervenors may not be had in whole or in part

SIGNED this 3rd day of Oct, 2014.

_____
JUDGE PRESIDING

**FILED**
Chris Daniel
District Clerk

OCT 03 2014

Time:_____
By_____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**EXHIBIT
5-i**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:        62619308 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

p2
RERLUX

CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased, | § | IN THE DISTRICT COURT OF |
| *Plaintiff/Counter-Defendant* | § | |
| | § | |
| vs. | § | |
| | § | |
| PING SUN CHU, M.D., | § | |
| *Defendant/Counter-Plaintiff/* | § | HARRIS COUNTY, T E X A S |
| *Third Party Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| ELLA Y.T.C. CHAN, Individually, | § | |
| ERIC K. CHAN, and DYNACQ | § | |
| HEALTHCARE, INC., | § | |
| *Third Party Defendants* | § | 333ᴿᴰ JUDICIAL DISTRICT |

## ORDER

On this day came to be heard Plaintiff's Motion for Court Ordered Expert Reports, Pursuant to Rule 195 5, and any supplements and responses thereto  The Court having considered the Motion and any Response thereto, the evidence, and arguments of counsel, is of the opinion that the Motion is meritorious and should be in all things GRANTED

IT IS THEREFORE ORDERED that the Defendants expert witnesses, Mr  C  Clifford Wright, Jr  and Mr  Gary Abdalla are ~~hereby EXCLUDED~~ *shall produce written reports by November 3, 2014 and delivered to Carter Law Firm* ~~IT IS FURTHER ORDERED that Defendants evidence regarding their expert witnesses, Mr  C  Clifford Wright, Jr  and Mr  Gary Abdalla is EXCLUDED and will not be admitted or considered at trial in this cause~~

SIGNED this _____ day of _____, 2014

OCT 0 3 2014

_____
JUDGE PRESIDING

**F I L E D**
Chris Daniel
District Clerk

OCT 0 3 2014

Time: _____
Harris County, Texas
By _____
Deputy

**EXHIBIT
5-j**

*Eric G  Carter vs Ella Y T C Chan  et al*
Intervenors' Supplement to Motion for Court Ordered Expert Reports
Page 4

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Approved and Entry requested

BY _____/s/ Ronald C. Campana_____
   RONALD C. CAMPANA
   SBN   03692600
   6363 Woodway, Suite 725
   Houston, Texas 77057-1714
   Tel  (713) 783-4120
   Fax  (713) 783-8812

   ERIC WILLIAM CARTER
   SBN  24057797
   **THE CARTER LAW FIRM**
   1811 Southmore Blvd
   Houston, Texas 77004
   Tel  (713) 227-0042
   Fax  (713) 227-7001

**ATTORNEYS FOR INTERVENORS:**
**ERIC G. CARTER, INDIVIDUALLY AND**
**AS TRUSTEE OF THE ERIC G. CARTER**
**PENSION AND PROFIT SHARING PLAN**

Certified Document Number: 62619309 - Page 2 of 2

*Eric G. Carter vs Ella Y T C Chan  et al*
Intervenors' Supplement to Motion for Court Ordered Expert Reports
Page 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015


Certified Document Number:        62619309 Total Pages: 2


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CAUSE NO. 2013-31012

| | | |
|---|---|---|
| ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased, *Plaintiff/Counter-Defendant* | § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF |
| vs. | | |
| PING SUN CHU, M.D., *Defendant/Counter-Plaintiff/ Third Party Plaintiff* | | HARRIS COUNTY, T E X A S |
| vs. | | |
| ELLA Y.T.C. CHAN, Individually, ERIC K. CHAN, and DYNACQ HEALTHCARE, INC., *Third Party Defendants* | | 333rd JUDICIAL DISTRICT |

## ORDER TO ENTER NON-SUIT WITHOUT PREJUDICE

BE IT REMEMBERED that on this day came on to be heard the Joint Motion to Enter Non-Suit Without Prejudice filed by ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased, ELLA Y.T.C. CHAN, Individually, ERIC K. CHAN, DYNACQ HEALTHCARE, INC., PING SUN CHU, M.D., KELLY LARKIN, M.D., JAMES G. GERACE, JOHN C. MEADORS, JOHN P. (PAUL) THOMPSON, BING LUN CHU, BING WOON CHU, KATHERINE KIM CHU, SARA KIM CHU, BICK FUN WONG, and TIN CHEE WONG, and the Court, having heard same, is of the opinion that the Non-Suit Without Prejudice shall be entered in the minutes of the Court. It is, therefore

ORDERED, ADJUDGED, and DECREED that the Clerk shall enter of record ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased's, ELLA Y.T.C.

10/7/2014 3:04:08 PM
Chris Daniel - District Clerk
Harris County
Envelope No. 2749008
By LYNCH, BERNADETTE T

Certified Document Number: 62760279 - Page 1 of 3

EXHIBIT
5-k

CHAN, Individually's, ERIC K. CHAN's, and DYNACQ HEALTHCARE, INC.'s Non-Suit

Without Prejudice as to the re-filing of same as to all of their causes of action against PING SUN

CHU, M.D., KELLY LARKIN, M.D., JAMES G. GERACE, JOHN C. MEADORS, JOHN

P.(PAUL)THOMPSON, BING LUN CHU, BING WOON CHU, KATHERINE KIM CHU,

SARA KIM CHU, BICK FUN WONG, and TIN CHEE WONG . It is further

    ORDERED, ADJUDGED, and DECREED that the Clerk shall enter of record PING SUN

CHU, M.D.'s, KELLY LARKIN, M.D.'s, JAMES G. GERACE's, JOHN C. MEADORS',

JOHN P. (PAUL) THOMPSON's, BING LUN CHU's, BING WOON CHU's,

KATHERINE KIM CHU's, SARA KIM CHU's, BICK FUN WONG's, and TIN CHEE

WONG 's Non-Suit Without Prejudice as to the re-filing of same as to all of their causes of action

against ELLA Y.T.C. CHAN, Executrix of the Estate of CHIU MOON CHAN, Deceased,

ELLA Y.T.C. CHAN, Individually, ERIC K. CHAN, and DYNACQ HEALTHCARE, INC.

It is further

    ORDERED, ADJUDGED, and DECREED that all costs of Court shall be taxed

against the party incurring same. All costs having been paid let no execution issue thereon.

    This is a final appealable order.

    SIGNED this the _____ day of _____, 2014.

OCT 1 4 2014

Judge Presiding

2

Approved as to Form and Substance and Entry Requested:

**THOMAS J. LEIBOWITZ,**
**ATTORNEY AT LAW**
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
Tel:   (281) 565-6363
Fax:   (281) 565-6465
e-mail:      tombear99@aol.com and
            elmocarter@sbcglobal.net

By: _____
      Thomas J. Leibowitz
      State Bar No. 12179925
      tombear99@aol.com and
      elmocarter@sbcglobal.net

*Counsel for Defendant/Counter-Plaintiff/Third Party Plaintiff,*
*PING SUN CHU, M.D. and Intervenors, KELLY LARKIN, M.D.,*
*JAMES G. GERACE, JOHN C. MEADORS, JOHN P. (PAUL)*
*THOMPSON, BING LUN CHU, BING WOON CHU,*
*KATHERINE KIM CHU, SARA KIM CHU, BICK FUN WONG,*
*and TIN CHEE WONG*

**STANLEY FRANK & ROSE, LLP**
7026 Old Katy Road, Suite 259
Houston, Texas 77056
Tel:   (713) 980-4381
Fax:   (713) 980-1179

By: _____
      **Michael J. Stanley**
      State Bar No. 19046600
      mstanley@stanleylaw.com
      **Brian Tagtmeier**
      State Bar No. 00785078
      btagtmeier@stanleylaw.com
      **Leslie J. Searle**
      State Bar No. 24039167
      lsearle@stanleylaw.com

*Counsel for Plaintiff/Counter-Defendant, ELLA Y.T.C. CHAN,*
*Executrix of the ESTATE OF CHIU MOON, CHAN, Deceased,*
*and Third Party Defendants, ELLA Y.T.C. CHAN, Individually,*
*ERIC K. CHAN, and DYNACQ HEALTHCARE, INC.*

3

Certified Document Number: 62760279 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015


Certified Document Number:      62760279 Total Pages:  3


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Case No.  201331012

ORTX

CHAN, ELLA Y T C (EXECUTRIX OF                    *        IN THE DISTRICT COURT OF

vs.                                               *

CHU, PING SUN (M D)                               *        HARRIS COUNTY, TEXAS

                                                  *

                                                  *        333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  12-01-2014.

If the case has not been reached by the second Friday after this date, the trial will be

reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

   If you have any questions regarding this notice, please contact the court

coordinator, VICKI GARCIA at (713) 368-6484.


Signed

                              JOSEPH J. HALBACH JR

                              Judge, 333RD DISTRICT COURT

                              Generated on: 10/22/2014

12179925

THOMAS JOSEPH LEIBOWITZ
ONE SUGAR CREEK CENTER BLVD SUITE 880
SUGAR LAND, TX  77478

JCVF17
rev 12311999

EXHIBIT
5-I

CONFIRMED FILE DATE:  10/22/2014

Certified Document Number: 63115775 - Page 1 of 5

Case No.  201331012

**ORTX**

| | | |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd   JUDICIAL DISTRICT |

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  12-01-2014.
If the case has not been reached by the second Friday after this date, the trial will be
reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court
coordinator, VICKI GARCIA at (713) 368-6484.

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
Generated on: 10/22/2014

Certified Document Number: 63115775 - Page 2 of 5

785078

BRIAN JAMES TAGTMEIER
9002 CHIMNEY ROCK
HOUSTON, TX  77096

JCVF17
rev 12311999

Case No.  201331012

**ORTX**

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

### ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  12-01-2014.

If the case has not been reached by the second Friday after this date, the trial will be

reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court

coordinator, VICKI GARCIA at (713) 368-6484.

Signed

JOSEPH J. HALBACH JR

Judge, 333RD DISTRICT COURT

Generated on: 10/22/2014

Certified Document Number: 63115775 - Page 3 of 5

19046600

MICHAEL J. STANLEY
7026 OLD KATY RD, SUITE 259
HOUSTON, TX  77024

JCVF17
rev 12311999

Case No.  201331012

**ORTX**

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

      \*
      \*
      \*
      \*
      \*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning  12-01-2014.

If the case has not been reached by the second Friday after this date, the trial will be

reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court

coordinator, VICKI GARCIA at (713) 368-6484.

Signed

JOSEPH J. HALBACH JR

Judge, 333RD DISTRICT COURT

Generated on: 10/22/2014

03692600

Certified Document Number: 63115775 - Page 4 of 5

RONALD C  CAMPANA
6363 WOODWAY #725
HOUSTON, TX  77057

JCVF17
rev 12311999

Case No.   201331012

ORTX

CHAN, ELLA Y T C (EXECUTRIX OF

vs.

CHU, PING SUN (M D)

     *

     *

     *

     *

     *

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

 This case is reset for TRIAL for the two week period beginning  12-01-2014.
If the case has not been reached by the second Friday after this date, the trial will be
reset. All previous pre-trial deadlines remain in effect, unless changed by the court.
 If you have any questions regarding this notice, please contact the court
coordinator, VICKI GARCIA at (713) 368-6484.

Signed

        JOSEPH J. HALBACH JR

        Judge, 333RD DISTRICT COURT

        Generated on: 10/22/2014

24057797

ERIC WILLIAM CARTER
1811 SOUTHMORE BLVD
HOUSTON, TX  77004

JCVF17
rev 12311999



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 11, 2015

Certified Document Number:        63115775 Total Pages:  5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

P3

TRPOX

Cause No. 2013-31012

| ELLA CHAN | § | IN THE DISTRICT COURT |
| | § | |
| vs | § | HARRIS COUNTY, TEXAS |
| | § | |
| PING SUN CHU | § | 333RD JUDICIAL DISTRICT |

## ORDER RELATED TO TRIAL

THE FOLLOWING ORDER IS IN ADDITION TO THE REQUIREMENTS
STATED IN THE "TRIAL PREPARATION ORDER" PREPARED AND FILED
BY THE PARTIES

      The Court makes the following Orders related to Trial. See attached
list for cases:

1.    Prior to arriving for trial the parties **must**:



   a.   Mark all exhibits.

   b.   Exchange all exhibits with opposing counsel or parties pro se.
This may be accomplished by furnishing courtesy copies, or
making them available for inspection at an agreed upon place and
time no later than 11/24/14.   The parties must notify each
other in writing of any objections they have to any and all exhibits
no later than   11/25/14

   c.   Review opposing Motions in Limine and discuss them in detail
with opposing counsel to determine which parts of the motion are
truly in dispute and why.   Counsel **must** attempt to resolve all
such disputes by mutual agreement.   Counsel **must** actually speak
to one another in person or by telephone to effectuate this no later
than 11/25/14.

   d.   All portions of the motions in limine that are not in dispute will be
granted by agreement.

   e.   All exhibits that have not been objected to in writing will be
admitted prior to trial.

FILED
Chris Daniel
District Clerk
NOV 0 4 2014
Time:
Harris County, Texas
By_____ Deputy

Certified Document Number: 63042454 - Page 1 of 3

**EXHIBIT**
**5-m**

    f.     Designate and deliver written deposition excerpts to all opposing counsel no later than   11/24/14.

    **g.     WITHOUT FAIL Email Court Coordinator - <u>vicki_garcia@justex.net</u> and provide an accurate estimate of the total number of trial days from beginning of pre-trial to end of closing arguments by** 11/25/14

    h.     Prepare and deliver objections to deposition excerpts.  Counsel **must** attempt to resolve all such objections by mutual agreement.  Again, counsel **must** actually speak to one another in person or by telephone to effectuate this on or before 11/24/14.

2.    It is further **ORDERED** that, no later than 11/25/14**,** the parties **must** file and exchange their respective proposed Jury Charges (or proposed Findings of Fact and Conclusions of Law in the case of a bench trial).  In addition, by no later than 11/25/14, the parties must deliver to the Court Coordinator a true and correct copy of their proposed Jury Charges (or proposed Findings of Fact and Conclusions of Law) in Microsoft Word format.  This may be accomplished via e-mail, compact disc, or flashdrive.

3.    The failure to comply with the above may result in evidence being stricken or other appropriate sanctions.

4.    At trial, during the pretrial conference, the order of business will **ordinarily** be as follows:

    a.     The case will be called to trial.

    b.     The court will grant all portions of the motions in limine that are agreed to or not in dispute.

    c.     The court will rule on any disputed motions in limine.

    d.     The court will pre-admit all exhibits to which there are no objections.

    e.     The court will be provided with a brief preview of any objections to exhibits.  Counsel should ordinarily provide the Court with courtesy copies of any disputed exhibit.

    f.     The Court will rule on objections to deposition excerpts.

**SIGNED, this 4<u>TH</u> <u>day of November, 2014.</u>**

_____
Judge Joseph "Tad" Halbach
Presiding Judge



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015

Certified Document Number:      63042454 Total Pages:  3

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

*P.5*

CONFIRMED FILE DATE: 11/4/2014

**TRPOX**

Cause No.  201331012

| | | IN THE DISTRICT COURT OF |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd    JUDICIAL DISTRICT |

### TRIAL PREPARATION ORDER

☒  **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

☒  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be      **FILE W/ CLERK**      by   **11-24-2014.**

☒  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

\* \* \* \* \* \*

☒  **Party/Attorney List.**   Names, addresses, and phone numbers of each pro se party and attorney.

☒  **Trial Witnesses List.**   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

☒  **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

☒  **Exhibits.** An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

☒  **Deposition Excerpts or Edited Videotapes.**    Designate page and line in sequence to be used at trial.

☒  **Motions in Limine.**

☒  **Trial Scheduling.**   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

☒  **Other.**
DOCKET BEGINS 12/01/14. WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 11/04/2014

THOMAS JOSEPH LEIBOWITZ
ONE SUGAR CREEK CENTER BLVD SUITE 880
SUGAR LAND, TX  77478

12179925



EXHIBIT

**5-n**   JCV001
rev 032802

Certified Document Number: 6305 2305 - Page 1 of 5

**TRPOX**

Cause No.  201331012

| | | |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd    JUDICIAL DISTRICT |

## TRIAL PREPARATION ORDER

[X]  **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

[X]  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be     **FILE W/ CLERK**     by   **11-24-2014.**

[X]  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

[X]  **Party/Attorney List.**   Names, addresses, and phone numbers of each pro se party and attorney.

[X]  **Trial Witnesses List.**   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

[X]  **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

[X]  **Exhibits.** An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

[X]  **Deposition Excerpts or Edited Videotapes.**    Designate page and line in sequence to be used at trial.

[X]  **Motions in Limine.**

[X]  **Trial Scheduling.**   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

[X]  **Other.**
    DOCKET BEGINS 12/01/14. WILL BE CALLED FOR PTC; MARK ALL
    EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
    OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
    FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 11/04/2014

BRIAN JAMES TAGTMEIER                785078
9002 CHIMNEY ROCK
HOUSTON, TX  77096

JCV001
rev 032802

**TRPOX**

Cause No.  201331012

CHAN, ELLA Y T C (EXECUTRIX OF                    *          IN THE DISTRICT COURT OF

vs.                                                                       *          HARRIS COUNTY, TEXAS

CHU, PING SUN (M D)                                       *          333rd    JUDICIAL DISTRICT

## TRIAL PREPARATION ORDER

[X]  **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

[X]  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be      **FILE W/ CLERK**      by  **11-24-2014.**

[X]  **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

[X]  **Party/Attorney List**.   Names, addresses, and phone numbers of each pro se party and attorney.

[X]  **Trial Witnesses List**.   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

[X]  **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

[X]  **Exhibits**. An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

[X]  **Deposition Excerpts or Edited Videotapes**.    Designate page and line in sequence to be used at trial.

[X]  **Motions in Limine**.

[X]  **Trial Scheduling**.   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

[X]  **Other**.
DOCKET BEGINS 12/01/14. WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 11/04/2014

MICHAEL J. STANLEY
7026 OLD KATY RD, SUITE 259
HOUSTON, TX  77024

19046600

JCV001
rev 032802

**TRPOX**

Cause No.  201331012

| | | |
|---|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * | IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| CHU, PING SUN (M D) | * | 333rd    JUDICIAL DISTRICT |

## TRIAL PREPARATION ORDER

☒ **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

☒ **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be     **FILE W/ CLERK**     by  **11-24-2014.**

☒ **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

\* \* \* \* \* \*

☒ **Party/Attorney List.**   Names, addresses, and phone numbers of each pro se party and attorney.

☒ **Trial Witnesses List.**   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

☒ **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

☒ **Exhibits.** An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

☒ **Deposition Excerpts or Edited Videotapes.**    Designate page and line in sequence to be used at trial.

☒ **Motions in Limine.**

☒ **Trial Scheduling.**   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

☒ **Other.**
      DOCKET BEGINS 12/01/14. WILL BE CALLED FOR PTC; MARK ALL
      EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
      OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
      FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 11/04/2014

RONALD C. CAMPANA
6363 WOODWAY #725
HOUSTON, TX  77057

03692600

JCV001
rev 032802

**TRPOX**

Cause No.  201331012

| | |
|---|---|
| CHAN, ELLA Y T C (EXECUTRIX OF | * |
| vs. | * |
| CHU, PING SUN (M D) | * |

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

333rd     JUDICIAL DISTRICT

### TRIAL PREPARATION ORDER

☒ **Pursuant to Rule 166** of the Texas Rule of Civil Procedure, before the Pretrial Conference scheduled for this case, the items that are checked below **must be furnished to opposing counsel in advance** with enough time to allow review for objections, and **brought with you** to the Pretrial Conference.

☒ **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked below must be     **FILE W/ CLERK**     by  **11-24-2014.**

☒ **Pursuant to Rule 166** of the Texas Rules of Civil Procedure, the items that are checked must be completed and ready for discussion with the court at the Pretrial Conference.

* * * * * *

☒ **Party/Attorney List**.   Names, addresses, and phone numbers of each pro se party and attorney.

☒ **Trial Witnesses List**.   The name, address and telephone number of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.

☒ **Draft Jury Charge** (if a jury fee has been paid) or Findings of Fact and Conclusions of Law. Modifications may be submitted as the trial progresses.

☒ **Exhibits**. An exhibit list is required.   All exhibits must be pre-marked with inadmissible matters redacted(e.g. insurance).   Objections to authenticity must be made pursuant to  Rule 193.7.

☒ **Deposition Excerpts or Edited Videotapes**.   Designate page and line in sequence to be used at trial.

☒ **Motions in Limine**.

☒ **Trial Scheduling**.   Estimated trial length, and potential attorney or witness conflicts or travel difficulties.

☒ **Other**.
DOCKET BEGINS 12/01/14. WILL BE CALLED FOR PTC; MARK ALL
EXHIBITS BEFORE APPEARACE AT PTC; BRING ON CD/FLASH DRIVE
OR THUMB DRIVE ONLY. THE CHARGE QUESTIONS AND DEFINITIONS
FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Signed

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT
DATE GENERATED: 11/04/2014

ERIC WILLIAM CARTER
1811 SOUTHMORE BLVD
HOUSTON, TX  77004

24057797

JCV001
rev 032802



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 11, 2015


Certified Document Number:        63052305 Total Pages:  5


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**