IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ERIC G. CARTER,** individually and as Trustee of the **ERIC G. CARTER PENSION AND PROFIT SHARING PLAN** and **NORA BUMPUS**<br>Plaintiffs<br><br>v.<br><br>**ELLA Y.T.C. CHAN** individually and as Executrix of the **ESTATE OF CHIU MOON CHAN, ERIC K. CHAN** and **DYNACQ HEALTHCARE, INC.**<br>Defendants | §§§§§§§§§§§§§§§§ | Case No. 4:15-cv-391<br><br>Jury Demanded |

## PLAINTIFFS' MOTION TO REMAND

COME NOW, **ERIC G. CARTER,** Individually and as Trustee of the **ERIC G. CARTER PENSION AND PROFIT SHARING PLAN** and **NORA BUMPUS** ("**PLAINTIFFS**"), and moves to remand this cause, and would respectfully show unto the Court the following:

**A.**

1. Plaintiffs move for an order remanding this case to the 333rd Judicial District Court of Harris County, Texas, the state court in which this case was originally filed, pursuant to 28 U.S.C. §1447(c).

2. The grounds for this motion are: a) This Honorable Court no longer has subject matter jurisdiction as no federal question exists following the Plaintiffs' Fourth Amended Complaint; b) The procedural defects in the Defendants removal give cause to remand this matter back to state

court; c) The Defendants have failed to timely move for removal, and therefore waived their right thereto; d) With no federal question remaining, the non-diversity of the parties justifies remand; and, e) This Honorable Court should abstain from retaining this case on its docket by the principles of *Younger v. Harris*, 401 U.S. 37 (1971), and its progeny.

3.  The motion is based on the pleadings and papers on file in this case, as well as the memorandum of points, authorities, and exhibits. The Plaintiffs' Memorandum in Support of Motion to Remand was filed on February 24, 2015, and Plaintiffs hereby incorporate the same herein for all purposes.

### B.  CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, **ERIC G. CARTER,** Individually and as Trustee of the **ERIC G. CARTER PENSION AND PROFIT SHARING PLAN** and **NORA BUMPUS,** hereby pray this Honorable Court grant this motion and remand this suit to the state court where it was originally filed and any and all other relief, whether at law or in equity, both general and specific, to which the Plaintiffs may be justly entitled.

Respectfully submitted,

THE CARTER LAW FIRM

BY:     /s/ Eric G. Carter
ERIC G. CARTER
SBN: 03914500
Email: ecarter@carter-lawfirm.com
ERIC WILLIAM CARTER
SBN: 24057797
Email: ewcarter@carter-lawfirm.com
1811 Southmore Blvd.
Houston, Texas 77004
Tel: (713) 227-0042
Fax: (713) 227-7001

-AND-

RONALD C. CAMPANA
SBN:  03692600

Email: roncampana@gmail.com  
6363 Woodway, Suite 725  
Houston, Texas 77057-1714  
Tel: (713) 783-4120  
Fax: (713) 783-8812  

**ATTORNEY FOR PLAINTIFFS:**
**ERIC G. CARTER, INDIVIDUALLY AND AS TRUSTEE OF THE ERIC G. CARTER PENSION AND PROFIT SHARING PLAN, AND NORA BUMPUS**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred, or made a reasonable attempt to confer with counsel for Defendants, Michael Stanley and W. Shawn Staples, about the merits of this motion. As of the date of this filing, Defendants have not responded.

/s/ Eric G. Carter  
Eric G. Carter

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiffs' Motion to Remand has been forwarded to all counsel of record and/or pro se parties pursuant to the Federal Rules of Civil Procedure via hand delivery, facsimile transmittal, certified mail, return receipt requested, and/or ECF, on this 25th day of February, 2015.

*Attorneys for Defendants Ella Y.T.C. Chan, Individually and as Executrix of the Estate of Chiu Moon Chan, Deceased, Eric K. Chan, and Dynacq Healthcare, Inc.:*

Michael J. Stanley  
W. Shawn Staples  
Stanley, Frank & Rose, LLP  
7026 Old Katy Road, Suite 259  
Houston, Texas 77024  
Tel: (713) 980-4381  
Fax: (713) 980-1179  
***Via Electronic Service***

/s/ Eric G. Carter  
Eric G. Carter