IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC G. CARTER, individually and as Trustee of the ERIC G. CARTER PENSION AND PROFIT SHARING PLAN and NORA BUMPUS<br>　　　Plaintiffs<br><br>v.<br><br>ELLA Y.T.C. CHAN individually and as Executrix of the ESTATE OF CHIU MOON CHAN, ERIC K. CHAN and DYNACQ HEALTHCARE, INC.<br>　　　Defendants | Case No. 4:15-cv-391<br><br>Jury Demanded |

## AGREED TAKE NOTHING JUDGMENT

The Plaintiffs and the Defendants have jointly moved the Court for entry of this Agreed Take Nothing Judgment. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs, Eric G. Carter, individually and as Trustee of the Eric G. Carter Pension and Profit Sharing Plan, and Nora Bumpus shall take nothing in its action against the Defendants, and all of Plaintiffs claims that are or could have been brought in this lawsuit are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that Defendants, Ella Y.T.C. Chan, individually and as executrix of the Estate of Chiu Moon Chan, Eric K. Chan, and Dynacq Healthcare, Inc., shall take nothing against the Plaintiff, and all claims which Defendants could have brought against the Plaintiffs in this lawsuit are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each of the parties shall bear their own costs, expenses and attorney fees.

This is a final judgment. All relief requested by any party and not expressly granted herein is DENIED, and this lawsuit is hereby dismissed with prejudice.

Signed this 14th day of May, 2015 at Houston, Texas.

_____
Lee H. Rosenthall
United States District Judge